# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:16-cr-174 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| D'ANDRE L. PARKER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on August 26, 2021. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on September 9, 2021. The defendant admitted to the following violations:

1. Failure to Report to the Probation Officer;
2. Failure to Comply with Substance Abuse Testing;
3. Failure to Comply with Substance Abuse Treatment;
4. Failure to Comply with Mental Health Treatment;
5. Failure to Comply with Cognitive Behavioral Program.

The magistrate judge filed a report and recommendation on September 9, 2021, in which she recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1-5.

A final supervised release violation hearing was conducted on October 1, 2021. Present were the following: Assistant U.S. Attorney David Toepfer, representing the United States; Attorney Robert Duffrin, representing the defendant; the Defendant D'Andre L. Parker; and United States Probation Officer Joseph Perez.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1-5.

The Court continues the sentencing hearing for 90 days, until January 5, 2022 at 1:00 p.m., to allow the defendant time to participate in an in-patient treatment program and otherwise demonstrate compliance with the terms and conditions of his supervised release. Should the Court be notified at any time prior to the sentencing hearing that the defendant is not in compliance, the Court may proceed immediately to sentencing.

The defendant shall be released from custody on October 4, 2021. Upon release from custody, he shall immediately report to Meridian Healthcare in Youngstown, Ohio and contact his probation officer.

**IT IS SO ORDERED**.

Dated: October 1, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**